UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASHLEY BOTELLO,<br><br>   Plaintiff,<br>vs.<br><br>NAVIENT SOLUTIONS, LLC.,<br><br>   Defendant. | Case No.: **2:22–05601–JMV–ESK**<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by and between counsel for Plaintiff, Ashley Botello, and Defendant, Navient Solutions, LLC, that all matters herein between them have been compromised and settled, and that the above-entitled action is hereby dismissed against Defendant Navient Solutions, LLC with prejudice and with each party to bear its own attorneys' fees and costs.

Date: May 30, 2025

SO ORDERED

 s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 6/3/2025

Respectfully submitted,

/s/ Daniel Zemel
Daniel Zemel, Esq.
Zemel Law LLC
400 Sylvan Ave., Suite 200
Englewood Cliffs, New Jersey 07653
T: (862) 227-3106
dz@zemellawllc.com
*Attorneys for Plaintiff*

/s/ Samantha Nicole Ladines
Samantha Nicole Ladines
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019
Phone 212.513.3550
Fax 212.385.9010
samantha.ladines@hklaw.com
*Attorneys for Defendant*